UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AUBREY V. TAYLOR,

               Plaintiff,

    v.

SARA BLOND, et al.,

               Defendant.

CASE NO. 2:23-cv-01717-JCC-DWC

ORDER DENYING LEAVE TO AMEND

Currently pending before the Court is Plaintiff Aubrey Taylor's Motion requesting leave to supplement or amend his complaint. Dkt. 15. In the Motion, while unclear, Plaintiff appears to request leave to add new claims and defendants to this case. *Id*. While Plaintiff alleges the new ground he seeks to add, he did not file proposed amended complaint and did not provide any discussion regarding why leave to amend should be granted.

Under Local Civil Rule ("LCR") 15, a party seeking leave to amend a pleading must "attach a copy of the proposed amended pleading as an exhibit to the motion[.]" The party must also "indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to

ORDER DENYING LEAVE TO AMEND - 1

be added." While the Court provides *pro se* prisoners leniency with filings, Plaintiff must show why leave to amend should be granted and must provide a copy of a complete proposed amended complaint. The proposed amended complaint must contain all grounds for relief Plaintiff seeks to pursue in this action. As Plaintiff has not complied with LCR 15, the Motion (Dkt. 15) is denied without prejudice.

Dated this 30th day of April, 2024.

David W. Christel
United States Magistrate Judge

ORDER DENYING LEAVE TO AMEND - 2