THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AUBREY V. TAYLOR,

          Plaintiff,

   v.

CATHERINE CRISHAM, et al.

          Defendants.

No. 2:23-cv-01717-JCC

**DECLARATION OF
WILLIAM L. HARRIS**

I, William L. Harris, declare pursuant to 28 U.S.C. Section 1746:

1.     I am the Unit Chief of the Discovery Unit (DU) II of the Federal Bureau of Investigation (FBI), Office of the General Counsel (OGC), at FBI Headquarters, Washington, D.C. I have served in this capacity since March, 2023. I have been employed with the FBI since September, 1991.

2.     The statements contained in this Declaration are based upon my personal knowledge, review and consideration of documents available to me in my official capacity, and on information obtained from other FBI employees.

3.     DU II provides litigation support to other units within OGC, as well as numerous other entities. DU II is responsible for locating, reviewing, and processing for release any and all responsive materials which pertain to litigation and administrative matters in which the Bureau is

DECLARATION OF WILLIAM L. HARRIS – 1
CASE No. 2:23-cv-01717-JCC-DWC

either directly or indirectly involved. As Unit Chief of DU II, I am responsible for overseeing the Paralegal Specialists who locate, review, process, and produce documents related to a variety of document production requests.

4.     I have access to the records contained in the FBI's Central Records System (CRS). I am also personally familiar with the FBI records maintenance and retrieval system.

5.     All records contained in the CRS are identifiable through the FBI's practice of indexing records to a particular subject matter or individual. Once indexed, a record pertaining to a particular subject matter or individual is retrievable through a search of the general indices to the CRS. In short, the CRS is the FBI's official system of records for all investigative, administrative, and official business of the agency.

6.     The CRS enables the FBI to maintain information it has acquired while fulfilling its mandated law enforcement responsibilities. The records maintained here consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. Searching the CRS is the means by which the FBI can determine what retrievable information if any, the agency may have in its files on a particular subject matter or individual.

7.     As Unit Chief, I oversee the Paralegal Specialists who made a diligent search of the general indices to the CRS as of April 24, 2024. A search of the CRS did not locate any administrative claim submitted to the FBI by or on behalf of Plaintiff Aubrey V. Taylor.

DECLARATION OF WILLIAM L. HARRIS – 2
CASE No. 2:23-cv-01717-JCC-DWC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of April, 2024.

*William L. Harris*
_____
William L. Harris
Unit Chief
Discovery Unit II
Office of the General Counsel
Federal Bureau of Investigation