Honorable John C. Coughenour
Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBREY V. TAYLOR,<br><br>                              Plaintiff,<br><br>        v.<br><br>SARA BLOND, *et al.*,<br><br>                              Defendants. | No. 2:23-cv-01717-JCC-DWC<br><br>[PROPOSED] ORDER GRANTING DETECTIVE DVORAK'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Noted on Motion Calendar:<br>July 8, 2024 |

This matter came before the Court on the Detective Dvorak's Motion for Judgment on the Pleadings. The Court has reviewed and considered the files and pleadings in this case, including the following:

1.    Detective Dvorak's Motion for Judgment on the Pleadings;

2.    The Declaration of Geoff Grindeland and the exhibit thereto;

3.    Notice to Plaintiff Regarding Detective Dvorak's Motion for Judgment on the Pleadings;

4.    Plaintiff's Response and supporting documents, if any;

5.    Special Agent Blond's Response and supporting documents, if any; and

6.    Detective Dvorak's Reply.

[PROPOSED] ORDER GRANTING DET.
DVORAK'S MOT. FOR JUDGMENT ON THE
PLEADINGS (No. 2:23-cv-01717-JCC-DWC) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

Therefore, being fully advised, the Court GRANTS Detective Dvorak's Motion for Judgment on the Pleadings. All claims against Detective Dvorak are dismissed, and she is no longer a party to this action.

DATED: _____

_____

Honorable John C. Coughenour

Presented by:

SEAMARK LAW GROUP PLLC
Attorneys for Detective Dvorak

*s/Geoff Grindeland*
Geoff Grindeland, WSBA No. 35798
Nikki Carsley, WSBA No. 46650
Seamark Law Group PLLC
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2511
geoff@seamarklaw.com
nikki@seamarklaw.com

[PROPOSED] ORDER GRANTING DET.
DVORAK'S MOT. FOR JUDGMENT ON THE
PLEADINGS (No. 2:23-cv-01717-JCC-DWC) - 2

**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510

# CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Special Agent Blond**
Timothy M. Durkin, Asst. U.S. Attorney

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**Plaintiff *pro se***
Aubrey V. Taylor
#36873-086
Atwater U.S. Penitentiary
PO Box 019001
Atwater, CA 95301

DATED: June 10, 2024

*s/Geoff Grindeland*
Geoff Grindeland

[PROPOSED] ORDER GRANTING DET.
DVORAK'S MOT. FOR JUDGMENT ON THE
PLEADINGS (No. 2:23-cv-01717-JCC-DWC) - 3

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510