Honorable John C. Coughenour
Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBREY V. TAYLOR,<br><br>               Plaintiff,<br><br>   v.<br><br>SARA BLOND, *et al.*,<br><br>               Defendants. | No. 2:23-cv-01717-JCC-DWC<br><br>DECLARATION OF GEOFF GRINDELAND IN SUPPORT OF DETECTIVE DVORAK'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Noted on Motion Calendar:<br>July 8, 2024 |

I declare under penalty of perjury that I am over the age of 18 and competent to testify, and that the following is true and correct:

1.  I am one of the attorneys representing Detective Dvorak in this matter.

2.  Attached as **Exhibit A** is a copy of the warrant referred to in Plaintiff's Complaint.

Signed June 10, 2024, at Bainbridge Island, Washington

*s/Geoff Grindeland*
Geoff Grindeland

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

## CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Special Agent Blond**
Timothy Durkin, Asst. U.S. Attorney

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**Pro se Plaintiff**
Aubrey V. Taylor
#36873-086
Atwater U.S. Penitentiary
PO Box 019001
Atwater, CA 95301

DATED: June 10, 2024

*s/Geoff Grindeland*
Geoff Grindeland

DECL. OF GEOFF GRINDELAND RE DET.
DVORAK'S MOT. FOR JUDGMENT ON THE
PLEADINGS (No. 2:23-cv-01717-JCC-DWC) - 2

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510