THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBREY V. TAYLOR,<br><br>  Plaintiff,<br><br>   v.<br><br>SARA BLOND, *et al.*,<br><br>  Defendants. | CASE NO. C23-1717-JCC-DWC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court adopts the R&R (Dkt. No. 35).

(2) Defendant Blond's Motion to Dismiss (Dkt. No. 20) and Defendant Dvorak's Motion for Judgment on the Pleadings (Dkt. No. 24) are GRANTED.

(3) Plaintiff's amended complaint (Dkt. No. 8) is DISMISSED with prejudice.

(4) The Clerk is DIRECTED to send copies of this Order to Plaintiff, counsel for Defendants, and the Hon. David W. Christel.

//

//

DATED this 30th day of October 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE